Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN -2 PM 3:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____YNH_____ DEPUTY

FRANK GRADY and
RENEE GRADY

vs

ACTAVIS TOTOWA LLC;
ACTAVIS GROUP; MYLAN, INC.;
MYLAN PHARMACEUTICALS,
INC.; and UDL LABORATORIES,
INC.

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 0980 DMS NLS**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

James T. Capretz, Esq.
Capretz & Associates
5000 Birch Street, #2500
Newport Beach, CA 92660

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMMERLY
CLERK

By _____, Deputy Clerk

JUN - 2 2008

DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)