

**wvsd_cmecf@wvsd.uscourts.gov**
09/09/2008 10:40 AM

To  InterdistrictTransfer_CASD@casd.uscourts.gov
cc
bcc
Subject  Transferred case has been opened

```
CASE: 3:08-cv-00980

DETAILS: Case transferred from California Southern
has been opened in Southern District of West Virginia
as case 2:08-cv-01050, filed 09/09/2008.
```